# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DANIEL RAY BROWN**
**ADC #088140**                                                                    **PLAINTIFF**

v.                          No. 5:16-cv-374-DPM

**WENDY KELLEY**, Director, Arkansas Department
of Correction; **FROST**, Warden, Ouachita River
Unit, ADC; and **DOES, 1–2**, ACC Director and
Ouachita Intake/Receiving Supervisor                                    **DEFENDANTS**

## JUDGMENT

Brown's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 January 2017